AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

DANA L. ROWELL

**CRIMINAL COMPLAINT**

CASE NUMBER: 04 M 0434 RBC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 14, 2004 in Plymouth county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

by force and violence, and by intimidation, take from the person or presence of employees of the Rockland Trust Company, 34 School Street, Brockton, Massachusetts, money in the amount of $1,200 belonging to, and in the care, custody, control, management and possession of said Rockland Trust Company, the deposits of which were then insured by the Federal Deposit Insurance Corporation

in violation of Title 18 United States Code, Section(s) 2113(a)

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following
                                        Official Title
facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

01-14-2004 at 4:08 pm                    at    Boston, Massachusetts
Date                                              City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE       _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT THOMAS. FINN, JR.

I, Thomas B. Finn, Jr., being duly sworn do hereby state:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately twenty-six years. I am currently assigned to the Lakeville Resident Agency within the District of Massachusetts.

2. I submit this affidavit in support of a criminal complaint charging DANA L. ROWELL with violation of Title 18 U.S.C. § 2113(a) (bank robbery).

3. I have participated in an investigation of a robbery on this date, January 14, 2004, of the Rockland Trust Company, 34 School Street, Brockton, Massachusetts. During the investigation I learned that at approximately 10:31 A.M. on this date, an unknown male entered that branch of the Rockland Trust Company, proceeded to the customer service counter, wrote out a note on a deposit slip, and then presented the note to a teller. The note, which was subsequently recovered at the scene, stated: I HAVE A GUN! I'LL USE IT! 100's + 50's + 20's ON THE COUNTER! The teller gave the robber $1,715 in United States currency. The robber left the bank and fled on foot.

4. Officers of the Brockton Police Department responded to the scene of the robbery and conducted the initial investigation. Bank surveillance photographs of the robber were retrieved and were of high quality.

5. Canvassing of the neighborhood resulted in

identification of a witness who advised that the robber was staying with Kenneth Hanks in Apartment 35 at 32 High Street in Brockton. Officers went to that location, knocked on the door, and found ROWELL there. They observed that he matched the bank surveillance photographs of the robber and they arrested him. A search incident to arrest resulted in the seizure of $1,200 in cash. During their initial encounter with ROWELL, he blurted out words to the effect, "I did it, what do you want to know?"

6. ROWELL was transported to the Brockton Police Department, where he was advised of his Miranda rights and signed a written waiver thereof. In the ensuing interview, he admitted that he had robbed the Rockland Trust Company that day. He also admitted to robbing Security Federal Bank at 40 Legion Parkway in Brockton on January 12. 2004. He also admitted to robbing three Boston banks in the recent past but could not recall their precise identities at that time.

5. I know that the Rockland Trust Company is insured by the Federal Deposit Insurance Corporation (FDIC).

Based upon the information above, I believe that there is probable cause to believe that on January 12, 2004, DANA L. ROWELL did by force, violence, and intimidation take from the person and presence of employees of the Rockland Trust Company, located at 34 School Street, Brockton, Massachusetts, money in the amount of $1,200 belonging to and in the care, custody, control, management and possession of said Rockland Trust

Company, the deposits of which were then insured by the FDIC, all in violation of Title 18 U.S.C. § 2113(a).

*[signature]*
THOMAS B. FINN, JR.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this fourteenth day of January, 2004.

*[signature]*
ROBERT B. COLLINGS
UNITED STATE MAGISTRATE JUDGE