UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.       )<br>)<br>DANA L. ROWELL,         )<br>)<br>Defendant.   ) | **04 CR 10036 MEL**<br>CRIMINAL NO.<br><br>VIOLATIONS:<br>18 U.S.C. §2113(a)<br>(Bank Robbery) |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. §2113(a) -- Bank Robbery)

The Grand Jury charges that:

On or about January 6, 2004, at Boston, in the District of Massachusetts,

**DANA L. ROWELL,**

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of Citizens Bank, located at One Financial Center, Boston, Massachusetts, money in the amount of $1,400.00, more or less, belonging to and in the care, custody, control, management and possession of the said Citizens Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT TWO:**    (18 U.S.C. §2113(a) -- Bank Robbery)

The Grand Jury charges that:

On or about January 7, 2004, at Boston, in the District of Massachusetts,

**DANA L. ROWELL,**

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of Century Bank, located at 280 Atlantic Avenue, Boston, Massachusetts, money in the amount of $980.00, more or less, belonging to and in the care, custody, control, management and possession of the said Century Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT THREE:**   (18 U.S.C. §2113(a) -- Bank Robbery)

The Grand Jury charges that:

On or about January 9, 2004, at Boston, in the District of Massachusetts,

### DANA L. ROWELL,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of Citizens Bank, located at 40 Summer Street, Boston, Massachusetts, money in the amount of $250.00, more or less, belonging to and in the care, custody, control, management and possession of the said Citizens Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FOUR:**     (18 U.S.C. §2113(a) -- Bank Robbery)

The Grand Jury charges that:

On or about January 12, 2004, at Brockton, in the District of Massachusetts,

**DANA L. ROWELL,**

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of Security Federal Savings Bank, located at 40 Legion Parkway, Brockton, Massachusetts, money in the amount of $910.00, more or less, belonging to and in the care, custody, control, management and possession of the said Security Federal Savings Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

**COUNT FIVE:**     (18 U.S.C. §2113(a) -- Bank Robbery)

The Grand Jury charges that:

On or about January 14, 2004, at Brockton, in the District of Massachusetts,

**DANA L. ROWELL,**

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of Rockland Trust Company, located at 34 School Street, Brockton, Massachusetts, money in the amount of $1,715.00, more or less, belonging to and in the care, custody, control, management and possession of the said Rockland Trust Company, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                February 11, 2004

Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk

3:55 P

3:56 P