UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.                                         )<br>)<br>DANA ROWELL,                       )<br>)<br>         Defendant         ) | CRIMINAL No. 04-10036-MEL |

## DEFENDANT'S MOTION TO FILE UNDER SEAL

The above-named defendant, Dana Rowell, hereby moves the Court for leave to file the accompanying Ex Parte Motion for Allowance of Funds for Expert Witness Services **UNDER SEAL**.

As reason therefore, defendant states that the grounds identified in said motion for its allowance are of a highly confidential nature and that there is no need for their public disclosure at this time.

By his Attorney,

/s/ Raymond E. Gillespie
Raymond E. Gillespie
B.B.O. # 192300
875 Mass Ave   Suite 32
Cambridge MA  02139
(617)661-3222

mtnseal