UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
      v.                    )    CRIMINAL NO. 04-10036-MEL
                            )
DANA L. ROWELL,             )
                            )
        Defendant.          )

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

The United States respectfully moves to continue the defendant's sentencing date from July 8, 2004 at 2:15 p.m., until September 8, 2004, or any other date thereafter that is convenient for the Court (except the September 15, 2004 and September 20, 2004).  As grounds for said motion, undersigned counsel states that she will be on annual leave and out of the Commonwealth on July 8, 2004.  Further, due to the parties' summer vacation schedules and defense counsel's trial schedule in another matter, the earliest date that the parties are available to appear for the sentencing hearing is after September 7, 2004.

Counsel for the defendant, Dana L. Rowell, has given his assent to the within motion.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                            By:
                                   /s/Antoinette E.M. Leoney
                                  ANTOINETTE E.M. LEONEY
                                  Assistant U.S. Attorney
Dated: June 18, 2004              (617) 748-3103

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                Boston, Massachusetts
                                            June 18, 2004

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served by electronic notice the foregoing Assented-To Motion to Continue Sentencing to Raymond E. Gillespie, Esq., 875 Massachusetts Avenue, Suite 31, Cambridge, MA 02139.

                                            /s/Antoinette E.M. Leoney
                                            ANTOINETTE E.M. LEONEY
                                            Assistant U.S. Attorney