```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
       v.                     )  Criminal No. 04-10036-MEL
                              )
DANA L. ROWELL,               )
                              )
          Defendant.          )
```

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL BY ONE
ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Antoinette E.M. Leoney, Assistant U.S. Attorney, hereby moves, pursuant to U.S.S.G. §3E1.1(b) (effective April 30, 2003) and to the extent prescribed by U.S.S.G. §1B1.11, for an additional one level decrease in Defendant Dana L. Rowell's offense level for acceptance of responsibility.

As grounds therefore, the government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, the government respectfully requests that the Court impose an additional one level decrease in Defendant

Dana L. Rowell's offense level for acceptance of responsibility.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

By:

                                   <u>/s/ Antoinette E.M. Leoney</u>
                                   ANTOINETTE E.M. LEONEY
                                   Assistant U.S. Attorney
                                   (617) 748-3100

Date:    September 10, 2004

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                     Boston, Massachusetts
                               September 10, 2004

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by regular mail, to Raymond E. Gillespie, Esq., 875 Massachusetts Avenue, Suite 31, Cambridge, MA 02139.

                                   <u>/s/ Antoinette E.M. Leoney</u>
                                   ANTOINETTE E.M. LEONEY
                                   Assistant U.S. Attorney