# RAYMOND E. GILLESPIE
### ATTORNEY AND COUNSELLOR AT LAW

875 MASSACHUSETTS AVENUE
SUITE 32
CAMBRIDGE, MASSACHUSETTS 02139-3067
TEL.: 617-661-3222
FAX: 617-441-9088

SE HABLA ESPAÑOL

November 17, 2004

Attn: George Howarth
Clerk's Office
United States District Court
One Courthouse Way
Boston  MA  02210

Re:   United States v. Dana Rowell
      Crim. No. 04-10036-MEL

Dear Mr. Howarth:

This will confirm our telephone conversations yesterday that sentencing in the referenced case has been continued to January 18, 2005 at 2:15 P.M. in front of Judge Lasker. This is by agreement with the government and the assent of Mr. Rowell.

Thank you for your kind attention.

Very truly yours,

Raymond E. Gillespie

REG/rb
cc:   James Lang, Esquire, AUSA
      Dana Rowell

11-17gh