UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>) CRIMINAL No. 04-10036-MEL<br>DANA ROWELL, )<br>)<br>Defendant ) | |

## JOINT MOTION TO CONTINUE SENTENCING

The parties to the above-entitled indictment hereby jointly move this Honorable Court to continue the sentencing date herein from January 18, 2005 to Wednesday, March 23, 2005 at 2:15 P.M.

As reason therefore, the parties state that they agree it is in the interests of justice that this motion be allowed.

Respectfully submitted,

/s/ Raymond E. Gillespie                                   /s/ Antoinette E.M. Leoney
Raymond E. Gillespie, Esquire                     Antoinette E.M. Leoney, Esquire
Attorney for Dana Rowell                             Assistant United States Attorney
B.B.O. # 192300                                              John Joseph Moakley U.S. Cthse
875 Mass Ave   Suite 32                              One Courthouse Way
Cambridge MA  02139                                 Boston  MA  02110
(617) 661-3222                                                (617) 748-3103

jntmtcon