Prob12C
DMA (3/2005)

SEALED - pending arrest

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dana L. Rowell     **Case Number:** 04-CR-10036

**Name of Sentencing Judicial Officer:** The Honorable Morris E. Lasker, Senior U.S. District Judge

**Date of Original Sentence:** March 29, 2005

**Original Offense:** Bank Robbery (5 Counts), in violation of 18 U.S.C. § 2113(a)

**Original Sentence:** 48 months of imprisonment to be followed by three years of supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** July 9, 2007

**Asst. U.S. Attorney:** Antoinette E.M. Leoney     **Defense Attorney:** Raymond E. Gillespie

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. |

On August 14, 2007, the defendant failed to report for a random urine screen as required.

On August 15, 2007, during a home visit, the defendant was instructed to report to the probation department to provide a urine sample. He failed to report to the probation office as directed.

On August 15, 2007, the defendant was instructed to report to the probation office on August 16, 2007, at 8:00 AM to discuss his non-compliance. He failed to report to the probation office as directed.

| | |
|---|---|
| II | **Violation of Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

On August 15, 2007, during a routine home visit, the defendant was found to be under the influence of alcohol and reported that he had been using cocaine. When he was unable to provide a urine screen, he was directed to report to the probation office to provide a urine sample that date. The defendant was further directed to attend an AA meeting located at the New England Veteran's Shelter that same evening and directed to report to the probation

Prob 12C  - 2 -  Petition and Affidavit for Warrant or Summons
for Offender Under Supervision

office to meet with this writer on August 16, 2007, at 8:00 AM.

The defendant failed to attend the AA meeting on August 15, 2007, at 6:45 PM at the New England Veteran's Shelter as directed, and failed to report to meet with this writer.

**III** **Violation of Special Condition of Supervised Release: The defendant is not to consume alcohol.**

On August 15, 2007, during a routine home visit, the defendant appeared to be under the influence of alcohol. He admitted to drinking and the probation department noticed a bottle of vodka on the defendant's window sill that was almost empty.

**IV** **Violation of Standard Condition #7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

On August 15, 2007, the defendant admitted that he had used cocaine in violation of the terms of supervision imposed by the Court.

**V** **Violation of Standard Condition #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

On August 16, 2007, the probation department confirmed that the defendant has not reported to his employment at Home Depot in Somerville, Massachusetts since August 10, 2007.

Prob 12C                                  - 3 -                    Petition and Affidavit for Warrant or Summons
                                                                          for Offender Under Supervision

**U.S. Probation Officer Recommendation:**
    The term of supervision should be:
        [X]    Revoked
        [ ]    Extended for year(s), for a total term of years.
        [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:                                  Respectfully submitted,

_____         By      _____
Jonathan Hartig                                         Jeffrey R. Smith
Supervising U.S. Probation Officer                U.S. Probation Officer
                                                                     Date: August 16, 2007

**THE COURT ORDERS**
[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
The Honorable Morris E. Lasker
Senior U.S. District Judge

August 16, 2007
Date