AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

DANA L. ROWELL

**WARRANT FOR ARREST**

Case Number: 04-CR-10036-OO1-MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANA L. ROWELL _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release ☐ Probation X Supervised Release ☐ Violation Notice
Violation Petition   Violation Petition   Violation

charging him or her with (brief description of offense)
Violation of Standard Condition #2: The defendant failed to report for a random urine screen as required.
Violation of Standard Condition #3 The defendant failed to attend AA meeting as directed and failed to report to meet with Probation Officer.
Violation of Special Condition of Supervised Release. The defendant admitted to drinking .
Violation of Standard Condition #7 The defendant admitted that he had used cocaine.
Violation of Standard Condition #5. The Probation Office confirmed that the defendant had not reported to his employment.

in violation of Title _____ United States Code, Section(s) _____

| MORRIS E. LASKER | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States District Judge | August 16, 2007-Boston, Mass. |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____