AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

Dana Rowell

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2004-CR-10036-MEL-01

I, _Dana Rowell_, charged in a ☐ complaint ☒ petition pending in this District _with a violation of_ in violation of _Supervised Release_ , U.S.C. , and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

OCT 24 2007

Date

_Rowell_
Defendant

Counsel for Defendant
Raymond E. Gillespie