AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of

FILED
IN CLERKS OFFICE

2007 OCT 25 P 1:57

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| DANA L. ROWELL | Case Number: 04-CR-10036-OO1-MEL |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DANA L. ROWELL** _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release     ☐ Probation              X Supervised Release    ☐ Violation Notice
   Violation Petition     Violation Petition        Violation

charging him or her with   (brief description of offense)
Violation of Standard Condition #2: The defendant failed to report for a random urine screen as required.
Violation of Standard Condition #3 The defendant failed to attend AA meeting as directed and failed to report to meet with Probation Officer.
Violation of Special Condition of Supervised Release. The defendant admitted to drinking.
Violation of Standard Condition #7 The defendant admitted that he had used cocaine.
Violation of Standard Condition #5. The Probation Office confirmed that the defendant had not reported to his employment.

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| MORRIS E. LASKER | *[signature]* |
| Name of Issuing Officer | Signature of Issuing Officer |
| United States District Judge | August 16, 2007-Boston, Mass. |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

WARRANT EXECUTED BY Detainer Ackup
BY ARREST/ARRAIGNMENT ON THE
DEFENDANT ON 10/8/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |