UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. No. 04-100036-MEL |
| ) | |
| DANA L. ROWELL ) | |
| ) | |
| Defendant ) | |

### ASSENTED-TO MOTION TO CONTINUE FINAL REVOCATION HEARING DATE

The defendant, Dana L. Rowell, through his undersigned counsel, hereby moves this Honorable Court for an order continuing the Final Revocation Hearing now scheduled for Monday, January 7, 2008 for approximately two months to March 12, 13, 14 or some other contemporary date mutually convenient for the court and parties.

As reason therefore, defendant states that, according to counsel, it is likely that the related criminal indictment No. 07-CR-10341-WGY on new charges of bank robbery which forms the basis for the present revocation matter will be substantially resolved within the requested period of time. Accordingly, it is in the interests of justice to postpone the issue of revocation until then. Defendant further states that both the government and the probation office assent to this motion.

    S/Raymond E. Gillespie
Raymond E. Gillespie
BBO# 192300, Cir. # 12042
875 Massachusetts Ave   Suite 32
Cambridge, MA  02139
(617) 661-3222

Assented to:

S/Antoinette M. Leoney
Antoinette M. Leoney, Esquire
Assistant United States Attorney

Certificate of Service

      I, Raymond E. Gillespie, hereby certify that a copy of this document has been served electronically on all those listed in this case to receive such notice and paper copies will be sent to those indicated as non-registered participants on January 4, 2008:


s/Raymond E. Gillespie
Raymond E. Gillespie


mtncont