UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. No. 04-10036-MEL |
| ) | |
| DANA L. ROWELL ) | |
| ) | |
| Defendant ) | |

**THIRD ASSENTED-TO MOTION TO CONTINUE
FINAL REVOCATION HEARING DATE**

The defendant, Dana L. Rowell, through his undersigned counsel, hereby moves this Honorable Court for an order continuing the Final Revocation Hearing now scheduled for Thursday, March 13, 2008 for approximately one month to April 14, or 16-18, 2008 or some other contemporary date mutually convenient for the court and parties.

As reason therefore, defendant states that, according to counsel, it is likely that the related criminal indictment No. 07-CR-10341-WGY on new charges of bank robbery which forms the basis for the present revocation matter will be substantially resolved within the requested period of time. Accordingly, it is in the interests of justice to postpone the issue of revocation until then. Defendant further states that the government assents to this motion and that the probation officer has been advised of same by a voice mail message this date but has not responded as of the filing hereof.

 S/Raymond E. Gillespie
Raymond E. Gillespie
BBO# 192300
875 Massachusetts Ave   Suite 32
Cambridge,  MA  02139
(617) 661-3222

Assented to:

<u>S/Antoinette M. Leoney</u>
Antoinette M. Leoney, Esquire
Assistant United States Attorney

<u>Certificate of Service</u>

    I, Raymond E. Gillespie, hereby certify that a copy of this document has been served electronically on all those listed in this case to receive such notice and paper copies will be sent to those indicated as non-registered participants on March 12, 2008:

<u>s/Raymond E. Gillespie</u>
Raymond E. Gillespie

mtncont3